```
JOSHUA E. KIRSCH (179110)
C. JOSEPH OU (294090)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
Email:        jkirsch@gibsonrobb.com
              cjou@gibsonrobb.com
```

Attorneys for Plaintiff
MARE ISLAND DRY DOCK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARE ISLAND DRY DOCK, LLC<br><br>Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY, a corporation, *in personam*, and the PACIFIC STAR, her machinery, tackle, and engines, etc., *in rem*,<br><br>Defendants. | Case No. 2:17-at-00709<br><br>**FRCP 7.1 CORPORATE DISCLOSURE** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff MARE ISLAND DRY DOCK, LLC states that it is not a publicly traded company and does not have any other corporate affiliations.

Dated: July 13, 2017                Respectfully submitted,

                                    GIBSON ROBB & LINDH LLP


                                     /s/ C. JOSEPH OU
                                    C Joseph Ou
                                    Attorneys for Plaintiff
                                    MARE ISLAND DRY DOCK, LLC