JOSHUA E. KIRSCH (179110)
C. JOSEPH OU (294090)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:    (415) 348-6000
Facsimile:     (415) 348-6001
Email:          jkirsch@gibsonrobb.com
                     cjou@gibsonrobb.com

Attorneys for Plaintiff
MARE ISLAND DRY DOCK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARE ISLAND DRY DOCK, LLC<br><br>Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY, a corporation, *in personam*, and the PACIFIC STAR, her machinery, tackle, and engines, etc., *in rem*,<br><br>Defendants. | Case No. 2:17-cv-1457-MCE-KJN<br><br>**ORDER FOR ISSUANCE OF PROCESS OF MARITIME ARREST, FRCP RULE C(2)(a)** |

Upon reading the verified Complaint for issue of a warrant of arrest and good cause appearing therefor, it is by this Court:

**ORDERED** that the Clerk issue a warrant of arrest as prayed for in the Complaint, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the plaintiff, be entitled to an order requiring Plaintiff to show cause forthwith why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this order be attached and served with the said warrant of arrest.

**IT IS SO ORDERED**.

Dated:   July 25, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE