JOSHUA E. KIRSCH (179110)
C. JOSEPH OU (294090)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone:   (415) 348-6000
Facsimile:   (415) 348-6001
Email:       jkirsch@gibsonrobb.com
             cjou@gibsonrobb.com

Attorneys for Plaintiff
MARE ISLAND DRY DOCK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARE ISLAND DRY DOCK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY, a corporation, *in personam*, and the PACIFIC STAR, her machinery, tackle, and engines, etc., *in rem*,<br><br>Defendants. | Case No.   2:17-cv-1457 MCE KJN<br><br>**WARRANT OF ARREST IN ACTION *IN REM* (VESSEL)** |

**TO THE MARSHAL OF THE EASTERN DISTRICT OF CALIFORNIA --**

**GREETINGS:**

WHEREAS a complaint has been filed by the plaintiff in the United States District Court for the EASTERN DISTRICT OF CALIFORNIA on July 13, 2017, against the vessel PACIFIC STAR, her engines, freights, tackle, etc., *in rem*, Defendant ("Vessel"), upon admiralty and maritime claims for breach of a maritime contract, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest or said Vessel and that all persons interested in the said Vessel may be cited in general and special to answer the premises and all proceedings be had;

1   NOW THEREFORE, you are hereby commanded to take into your possession the above-named Vessel, her engines, freights, tackle, etc., of this Court to answer the complaint, and that you promptly, after execution of this process, file same in this court with your return thereon.

WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the Vessel serve his or her claim to vessel within ten (10) days after process has been executed, and shall serve an answer within 20 days after the filing of the claim.

**Marianne Matherly, Clerk**

Issued  7-25-17

Clerk - U.S. District Court

By: _____
Deputy Clerk

Attorneys for Plaintiff:   Joshua E. Kirsch. Esq.; C. Joseph Ou, Esq.
GIBSON, ROBB & LINDH, LLP, 201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone: 415-348-6000; Facsimile: 415-348-6001

Note:   Claimant is required to file claim in the Clerk's office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiffs may enter an Interlocutory or Final Judgment as may be proper.

This Warrant is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.