1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **EASTERN DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| MARE ISLAND DRY DOCK, LLC<br><br>Plaintiff,<br><br>v.<br><br>FOSS MARITIME COMPANY, a corporation, in personam, and the PACIFIC STAR, her machinery, tackle, and engines, etc., in rem,<br><br>Defendants. | Case No. 2:17-cv-01457-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: July 13, 2017 |

///
///
///
///
///
///

1    The Court, having considered the parties' Joint Stipulation to Dismiss Action with Prejudice
2 pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) and good cause appearing, hereby
3 dismisses the action with prejudice, each party to bear its own fees and costs. The matter having
4 now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: September 16, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE